**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000857
31-MAY-2017
10:19 AM**

NO. CAAP-16-0000857

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


COUNTY OF MAUI,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
RICHARD ALLEN CASTRO, LIANN CASTRO, AND CHRISSIE H. CASTRO,
Defendants/Counterclaim-Plaintiffs/Cross-Claim
Defendants/Appellants
and
ASSOCIATION OF APARTMENT OWNERS OF KIHEI VILLAGES,
Defendant/Cross-Claim Plaintiff/Appellee
and
ARGENT MORTGAGE COMPANY, LLC, PRINCETON RECONVEYANCE SERVICE,
BENEFICIAL HAWAII, INC., HAWAI'I DEPARTMENT OF TAXATION,
STATE OF HAWAI'I, Defendants/Cross-Claim Defendants/Appellees
and
JOHN DOES 1-20 and DOE ENTITIES 1-20,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 15-1-0650(1))


ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of Defendants/Counterclaim-Plaintiffs/
Cross-Claim Defendants/Appellants Richard Allen Castro, Liann
Castro and Chrissie H. Castro's (the Castro Appellants) appeal
from the Honorable Rhonda I.L. Loo's November 14, 2016 judgment,
it appears that we lack appellate jurisdiction because the
circuit court's November 14, 2016 judgment does not comply with

Id. at 119-20 n.4, 869 P.2d at 1338-39 n.4 (emphasis added).
When interpreting the requirements for an appealable final
judgment under HRS § 641-1(a) and HRCP Rule 58, the Supreme Court
of Hawai'i has explained that

> [i]f we do not require a judgment that resolves on its face
> all of the issues in the case, the burden of searching the
> often voluminous circuit court record to verify assertions
> of jurisdiction is cast upon this court. Neither the
> parties nor counsel have a right to cast upon this court the
> burden of searching a voluminous record for evidence of
> finality, . . . and we should not make such searches
> necessary by allowing the parties the option of waiving the
> requirements of HRCP [Rule] 58.

Jenkins, 76 Hawai'i at 119, 869 P.2d at 1338 (citation omitted;
original emphasis).

Although the instant case involves multiple claims as a
result of Plaintiff/Counterclaim-Defendant/Appellee County of
Maui's complaint, the Castro Appellants' counterclaim, and
Defendant/Cross-Claim Plaintiff/Appellee Association of Apartment
Owners of Kihei Villages' (Appellee AOAO Kihei Villages) multiple
cross-claims, the November 14, 2016 judgment does not identify
the claim or claims on which the circuit court intends to enter
judgment when it enters judgment in favor of Appellee AOAO Kihei
Villages and against the Castro Appellants and Defendants/Cross-
Claim Defendants/Appellees Argent Mortgage Company, LLC,
Princeton Reconveyance Service, and Beneficial Hawaii, Inc. In
the absence of any identification of the claim or claims on which
the circuit court intends to enter judgment, the November 14,
2016 judgment fails to satisfy the requirements for an appealable
final judgment under HRS 641-1(a), HRCP Rule 58, and the holding
in Jenkins, and thus, the November 14, 2016 judgment is not
eligible for appellate review. Accordingly,

IT IS HEREBY ORDERED that appellate court case number CAAP-16-0000857 is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawai'i, May 31, 2017.

Presiding Judge

Associate Judge

Associate Judge

4